FILED
2008 Sep-09 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RITA A. THOMAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-HS-1730-S |
| | ) |
| **PUBLIX ALABAMA, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OF OPINION.

On August 22, 2008 the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. A final judgment will be entered.

**DONE** this the 9th day of September, 2008.

/s/ VEHopkins
**VIRGINIA EMERSON HOPKINS**
United States District Judge